# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 10/13/2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:       1ST  COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 4:11:24 PM
CHRISTOPHER A. PRINE
Clerk

From:     **Deputy Clerk: IRMA MEDINA**
          **Chris Daniel, District Clerk**
          **Harris County, T E X A S**

**CAUSE:**   **2013-74337**

**VOLUME** _____ **PAGE** _____     **OR**     **IMAGE #** **67390148**

**DUE** **10/19/2015**          **ATTORNEY 15380700**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE ORDER SIGNED:** **9/22/2015**

**REQUEST FOR FINDINGS OF FACT:** **N/A**

**REQUEST TRANSCRIPT DATE FILED** **10/9/2015**

**NOTICE OF APPEAL DATE FILED** **10/9/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **10**

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL: D, O**

CHRIS DANIEL
Harris County, District Clerk

By:   /s/IRMA MEDINA
          **IRMA MEDINA, Deputy**

**BC**     **NOTICE OF APPEAL FILED**
**BG**     **NOTICE OF APPEAL FILED – GOVERNMENT**
**C**      **JUDGMENT BEING APPEALED**
**D -**    **ACCELERATED APPEAL**
**OA**     **NO CLERK'S RECORD REQUEST FILED**
**O**      **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA**     **AMENDED NOTICE OF APPEAL**

## CAUSE NO. 2013-74337

| | | |
|---|---|---|
| **RSM PRODUCTION CORP.,** | § | **IN THE DISTRICT COURT OF** |
| **and JACK GRYNBERG,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GLOBAL PETROLEUM GROUP,** | § | |
| **LTD., TRICON GEOPHYSICS, INC.,** | § | |
| **SEABIRD EXPLORATION,** | § | |
| **AMERICAS, INC., and BLACKWATER** | § | |
| **SUBSEA, LLC,** | § | |
| | § | |
| **Defendants.** | § | **189ᵀᴴ DISTRICT COURT** |

## PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Plaintiffs, RSM Production Corp. and Jack Grynberg file this Notice of Interlocutory Appeal, pursuant to Texas Rule of Appellate Procedure 25.1, and show the Court as follows:

1. This appeal is from the 189th Judicial District Court of Harris County, Texas, the Honorable William Burke presiding.

2. The style of the cause in the trial court is: *RSM Production Corp., et al. v. Global Petroleum Group, Ltd., et al.*; Cause Number 2013-74337.

3. Plaintiffs desire to appeal from the Court's Order Sustaining Global Petroleum Group, Ltd.'s Special Appearance in this matter, signed September 22, 2015.

4. This interlocutory appeal is taken pursuant to Texas Civil Practice and Remedies Code § 51.014 (a)(7) and is an accelerated appeal.

5.    This appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

*/s/ Randall C. Owens*
Howard L. Close
State Bar No. 04406500
Randall C. Owens
State Bar No. 15380700
Bradley W. Snead
State Bar No. 24049835
Andrew C. Nelson
State Bar No. 24074801
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone:  (713) 572-4321
Facsimile:   (713) 572-4320

*Attorneys for Plaintiffs,*
*RSM Production Corp. and Jack Grynberg*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on the following attorneys by electronic service on this 9th day of October 2015:

Brian F. Antweil
Katten Muchin Rosenman UK, LLP
1301 McKinney Street, Suite 3000
Houston, TX 77010-3033

*Attorneys for Defendants,*
*Global Petroleum Group, Ltd.,*
*Tricon Geophysics, Inc. and*
*Blackwater Subsea, LLC*

Chris Hanslik
Chris T. James
Boyar Miller
4265 San Felipe, Suite 1200
Houston, Texas 77027

*Attorneys for Defendant,*
*SeaBird Exploration Americas, Inc.*

*/s/ Randall C. Owens*
Randall C. Owens

CAUSE NO. 2013-74337

| | | |
|---|---|---|
| RSM PRODUCTION CORPORATION and JACK GRYNBERG, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| versus | § § | |
| GLOBAL PETROLEUM GROUP, LTD., TRICON GEOPHYSICS, INC., SEABIRD EXPLORATION, AMERICAS, INC., and BLACKWATER SUBSEA, LLC, | § § § § § § | HARRIS COUNTY, TEXAS |
| Defendants. | § § | 189TH JUDICIAL DISTRICT |

## ORDER SUSTAINING GLOBAL PETROLEUM GROUP, LTD'S SPECIAL APPEARANCE

Before the Court is Global Petroleum Group, Ltd.'s ("GPG") Special Appearance. Having considered the Special Appearance, the response, the evidence offered, and the argument of counsel, the Court SUSTAINS the Special Appearance. Accordingly, Plaintiffs RSM Production Corporation and Jack Gynberg's claims against GPG are dismissed for lack of personal jurisdiction.

IT IS SO ORDERED.

Signed this 22 day of Sept. , 2014.

_____
Judge Presiding

1

204425940 v1

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     OCT 13, 2015(C1)
INT6510                 CIVIL CASE INTAKE                OPT: _____  -  INT
                      GENERAL PARTY INQUIRY             PAGE:   1 -    2

CASE NUM: 201374337__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: ACTIVE
STYLE: RSM PRODUCTION CORPORATION      VS GLOBAL PETROLEUM GROUP LTD
==============================================================================
                     **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00013-0001 DEF        ALL INTERESTED PARTIES
_     00012-0001 AGT        ALL INTERESTED PARTIES
_     00011-0001 DEF        MODEL, LEV
_     00010-0001 AGT        GLOBAL PETROLEUM GROUP LTD (GR
_     00009-0001 AGT        BLACKWATER SUBSEA LLC (A TEXAS
_     00008-0001 AGT        SEABIRD EXPLORATION AMERICAS I
_     00007-0001 AGT        TRICON GEOPHYSICS INC (A COLOR
_     00006-0001 DEF 01275750 BLACKWATER SUBSEA, LLC               ANTWEIL, BRIA

==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
CASE NUM: 201374337__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: ACTIVE
STYLE: RSM PRODUCTION CORPORATION        VS GLOBAL PETROLEUM GROUP LTD
==============================================================================
                        **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
_     00005-0001 DEF 00793895 SEABIRD EXPLORATION, AMERICAS,    HANSLIK, CHRI
_     00004-0001 DEF 01275750 TRICON GEOPHYSICS INC             ANTWEIL, BRIA
_     00003-0001 PLT 04406500 GRYNBERG, JACK                    CLOSE, HOWARD
_     00001-0001 PLT 04406500 RSM PRODUCTION CORPORATION        CLOSE, HOWARD


==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```